BARBARA SCHRADER *v.* UNITED STATES
AUTOMOBILE ASSOCIATION

The plaintiff's petition for certification for appeal from the Appellate Court, 33 Conn. App. 923 (AC 12266), is denied.

*Mary-Margaret Dalton,* in support of the petition.

*Earl F. Dewey II,* in opposition.

Decided February 16, 1994

CITY OF BRIDGEPORT *v.* RONA V. FINIZIE ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 12828) is denied.

*Rona V. Finizie,* pro se, in support of the petition.

*Ronald D. Japha,* in opposition.

Decided February 24, 1994

RALPH ESPOSITO ET AL. *v.* DANIEL V. PRESNICK

The defendant's petition for certification for appeal from the Appellate Court (AC 12305) is denied.

*Daniel V. Presnick,* pro se, in support of the petition.

Decided February 24, 1994

STATE OF CONNECTICUT *v.* LIONEL BROWN

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 339 (AC 11067), is granted, limited to the following issue: